IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      Case No. 4:08-cr-00332-JMM

ROBERT EARLY                                                                DEFENDANT

## ORDER

Defendant has filed an affidavit (Doc. No. 170) in response to the September 23, 2011 Amended Order. The Court has reviewed the affidavit and finds that Defendant is eligible for appointed counsel in his sentence reduction proceedings.

IT IS SO ORDERED this 5th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE